# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

134667 (57)

ATTORNEY GENERAL,
   Appellant,

v

              SC: 134667
              COA: 259845
MICHIGAN PUBLIC SERVICE COMMISSION,  MPSC: U-13808
DETROIT EDISON COMPANY, and
CONSTELLATION NEWENERGY, INC.,
    Appellees.
_____

   On order of the Chief Justice, motions by Wisconsin Electric Power Company and others and by Michigan Electric and Gas Association and others for leave to file briefs *amicus curiae* are considered and they are GRANTED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

                Clerk